## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

| | |
|---|---|
| LYNDSEY MEALOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cv-01056-SOH |
| ) | |
| CONVERGENT OUTSOURCING, INC., ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff, LYNDSEY MEALOR, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: September 20, 2017　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael S. Agruss
　　　　　　　　　　　　　　　　　　　　　　Michael S. Agruss
　　　　　　　　　　　　　　　　　　　　　　SBN: 6281600
　　　　　　　　　　　　　　　　　　　　　　Agruss Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　　　4809 N. Ravenswood Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 419
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60640
　　　　　　　　　　　　　　　　　　　　　　Tel: 312-224-4695
　　　　　　　　　　　　　　　　　　　　　　Fax: 312-253-4451
　　　　　　　　　　　　　　　　　　　　　　michael@agrusslawfirm.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

On September 20, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I mailed a copy of the filed Notice of Settlement to Defendant at the address below.

Convergent Outsourcing, Inc.
CT Corporation System
711 Capital Way South, Suite 204
Olympia, WA 98512

By: /s/ Michael S. Agruss
Michael S. Agruss