IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LYNDSEY MEALOR                                                                                    PLAINTIFF

v.                                        Case No. 6:17-cv-1056

CONVERGENT OUTSOURCING, INC.                                                    DEFENDANT

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. ECF No. 7. Plaintiff gives notice that she voluntarily dismisses this case, with prejudice, against Defendant. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of February, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge